IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGEI KOVALEV, | : |
| *Plaintiff,* | : |
| | : |
| v. | :   CIVIL NO. 22-3551 |
| | : |
| NAZARETH HOSPITAL; TRINITY HEALTH OF THE MID-ATLANTIC REGION; MICHAEL MAGRO; PRAZAD MATHEW; RONALD SHAPIRO; CAROL SNYDER; and ADDITIONAL DOES 1-15, | : |
| *Defendants.* | : |

## ORDER

AND NOW, this **22nd** day of **May 2024**, upon consideration of Defendants' Motion to Dismiss (ECF No. 23) and their Supplemental Motion to Dismiss (ECF No. 40), along with Plaintiff's Responses in Opposition (ECF Nos. 28, 41), it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, Defendants' Motions to Dismiss (ECF Nos. 23, 40) are **GRANTED** in part and Plaintiff's Amended Complaint will be **DISMISSED WITHOUT PREJUDICE**.

Plaintiff may file a second amended complaint within **thirty (30) days** of the date of this Order. If Plaintiff fails to do so, his case will be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge